Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−19145−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles G. Barnes Sr.
   aka Charles Barnes Sr., aka Charles George
   Barnes Sr., aka Charles Barnes, aka Charles
   George Barnes, aka Charles G. Barnes
   36 Essex Ave.
   Sicklervlle, NJ 08081

Social Security No.:
   xxx−xx−5834

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 12, 2024.

   On 3/17/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                April 23, 2025
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 18, 2025
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-19145-ABA
Charles G. Barnes, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Mar 18, 2025      Form ID: 185      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Charles G. Barnes, Sr., 36 Essex Ave., Sicklervlle, NJ 08081-1215 |
| cr | + | Nationstar Mortgage LLC, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd.,Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520054034 | + | Gloucester Township, 1261 Chews Landing Rd, Laurel Springs, NJ 08021-2807 |
| 520054045 | | Township of Gloucester, Attn: Tax Office, 1261 Chews Landing Rd., Blackwood, NJ 08012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520054027 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 21:01:36 | American Express, In c/o Beckett and Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 520054028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 20:50:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520054029 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 18 2025 21:02:08 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520059187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 18 2025 21:01:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520117193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 18 2025 20:51:05 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520054030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 21:02:59 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520114736 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 21:02:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520054031 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 18 2025 20:50:40 | Department of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 520054032 | | Email/Text: bankruptcycourts@equifax.com | Mar 18 2025 20:46:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520054033 | ^ | MEBN | Mar 18 2025 20:41:50 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520054035 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 18 2025 20:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA |

Case 23-19145-ABA    Doc 50    Filed 03/20/25    Entered 03/21/25 00:14:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 185 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 19170-0001 |
| 520054036 | + | Email/Text: accountresearch@goodleap.com | Mar 18 2025 20:46:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520054037 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2025 20:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520115185 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2025 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520464706 | + | Email/Text: bkmail@midfirst.com | Mar 18 2025 20:45:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520464705 | + | Email/Text: bkmail@midfirst.com | Mar 18 2025 20:45:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520054038 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2025 20:46:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520054039 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 20:45:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 520112627 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 20:45:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520054040 | + | Email/PDF: cbp@omf.com | Mar 18 2025 20:51:03 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520108126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 21:02:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520318916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 20:51:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520151292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 21:03:04 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520054041 | | Email/Text: signed.order@pfwattorneys.com | Mar 18 2025 20:45:00 | Pressler, Felt & Warshaw LLP, Attn: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520120523 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2025 20:46:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520054042 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 18 2025 20:45:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520054043 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 21:02:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520117092 | | Email/Text: bncmail@w-legal.com | Mar 18 2025 20:46:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520054044 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 20:46:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520054046 | ^ | MEBN | Mar 18 2025 20:42:02 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520054047 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 18 2025 20:50:40 | U.S. Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520054962 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 18 2025 20:50:40 | U.S. Department of Housing and Urban |

Development, 26 Federal Plaza, Suite 3541, New York, NY 10278

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520318915 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520125958 | * | Quantum3 Group LLC as agent for GoodLeap, PO Box 788, Kirkland WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Jessica Ann Berry | on behalf of Creditor Nationstar Mortgage LLC bankruptcy@gmlaw.com |
| Thomas G. Egner | on behalf of Debtor Charles G. Barnes  Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5