Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−19145−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles G. Barnes Sr.
   aka Charles Barnes Sr., aka Charles George
   Barnes Sr., aka Charles Barnes, aka Charles
   George Barnes, aka Charles G. Barnes
   36 Essex Ave.
   Sicklervlle, NJ 08081

Social Security No.:
   xxx−xx−5834

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 15, 2025.


Dated: May 15, 2025
JAN: har

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-19145-ABA
Charles G. Barnes, Sr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: May 15, 2025     Form ID: plncf13     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles G. Barnes, Sr., 36 Essex Ave., Sicklervlle, NJ 08081-1215 |
| cr | + | Nationstar Mortgage LLC, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd.,Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520054034 | + | Gloucester Township, 1261 Chews Landing Rd, Laurel Springs, NJ 08021-2807 |
| 520054045 | | Township of Gloucester, Attn: Tax Office, 1261 Chews Landing Rd., Blackwood, NJ 08012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520054027 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:32 | American Express, In c/o Beckett and Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 520054028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 21:23:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520054029 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2025 21:10:16 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520059187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 21:10:28 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520117193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 21:10:30 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520054030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:23:49 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520114736 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520054031 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 15 2025 21:10:36 | Department of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 520054032 | | Email/Text: bankruptcycourts@equifax.com | May 15 2025 21:07:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520054033 | ^ | MEBN | May 15 2025 21:00:52 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520054035 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 15 2025 21:07:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA |

Case 23-19145-ABA    Doc 62    Filed 05/17/25    Entered 05/18/25 00:16:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 520054036 | + Email/Text: accountresearch@goodleap.com | May 15 2025 21:07:00 | 19170-0001<br>GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520054037 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2025 21:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520115185 | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 21:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520464706 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 15 2025 21:23:41 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520464705 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 15 2025 21:23:28 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520054038 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520054039 | + Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 21:07:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 520112627 | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 21:07:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520054040 | + Email/PDF: cbp@omf.com | May 15 2025 21:23:31 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520108126 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 21:23:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520318916 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 21:10:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520151292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 21:23:35 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520054041 | Email/Text: signed.order@pfwattorneys.com | May 15 2025 21:06:00 | Pressler, Felt & Warshaw LLP, Attn: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520120523 | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 21:08:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520054042 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 15 2025 21:06:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520054043 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 21:10:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520117092 | Email/Text: bncmail@w-legal.com | May 15 2025 21:08:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520054044 | + Email/Text: bncmail@w-legal.com | May 15 2025 21:08:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520054046 | ^ MEBN | May 15 2025 21:00:58 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520054047 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 15 2025 21:10:36 | U.S. Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520054962 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 15 2025 21:10:36 | U.S. Department of Housing and Urban |

Development, 26 Federal Plaza, Suite 3541, New York, NY 10278

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520318915 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520125958 | * | Quantum3 Group LLC as agent for GoodLeap, PO Box 788, Kirkland WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor Nationstar Mortgage LLC bankruptcy@gmlaw.com |
| Thomas G. Egner | on behalf of Debtor Charles G. Barnes  Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6