Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-19145 (ABA)

Charles G. Barnes, Sr.
36 Essex Avenue
Sicklerville, NJ  08081

Monthly Payment: $324.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/10/2025 | $264.00 | 01/22/2025 | $264.00 | 02/06/2025 | $264.00 | 02/19/2025 | $264.00 |
| 03/04/2025 | $264.00 | 03/18/2025 | $264.00 | 04/01/2025 | $264.00 | 04/15/2025 | $264.00 |
| 04/29/2025 | $70.00 | 05/13/2025 | $70.00 | 05/28/2025 | $70.00 | 06/10/2025 | $70.00 |
| 06/24/2025 | $70.00 | 07/08/2025 | $70.00 | 07/22/2025 | $70.00 | 08/05/2025 | $70.00 |
| 08/12/2025 | $162.00 | 08/19/2025 | $150.00 | 08/26/2025 | $162.00 | 09/03/2025 | $150.00 |
| 09/09/2025 | $162.00 | 09/16/2025 | $150.00 | 09/23/2025 | $162.00 | 09/30/2025 | $150.00 |
| 10/07/2025 | $162.00 | 10/15/2025 | $150.00 | 10/21/2025 | $162.00 | 10/30/2025 | $150.00 |
| 11/04/2025 | $162.00 | 11/12/2025 | $150.00 | 11/18/2025 | $162.00 | 11/25/2025 | $150.00 |
| 12/02/2025 | $162.00 | 12/09/2025 | $150.00 | 12/16/2025 | $162.00 | 12/23/2025 | $150.00 |
| 12/30/2025 | $162.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | CHARLES G. BARNES, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,750.00 | $4,750.00 | $0.00 | $4,750.00 |
| 0 | MC DOWELL LAW, PC | 13 | $770.00 | $770.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,671.28 | $782.51 | $1,888.77 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE | 33 | $7,201.50 | $2,109.59 | $5,091.91 | $0.00 |
| 4 | CITIBANK NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $825.54 | $241.83 | $583.71 | $0.00 |
| 7 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GLOUCESTER TOWNSHIP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,652.09 | $1,948.64 | $4,703.45 | $0.00 |
| 15 | PRESSLER, FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $535.18 | $142.04 | $393.14 | $0.00 |
| 18 | TD BANK USA, N.A. | 33 | $1,793.10 | $525.27 | $1,267.83 | $0.00 |
| 19 | TOWNSHIP OF GLOUCESTER | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 20 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF HUD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | CHARLES G. BARNES SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $713.35 | $208.97 | $504.38 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 11/01/2023 | 18.00 | $0.00 |
| 05/01/2025 | Paid to Date | $9,926.00 |
| 06/01/2025 | 41.00 | $324.00 |
| 11/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,954.00 |
| Total paid to creditors this period: | $4,750.00 |
| Undistributed Funds on Hand: | $857.14 |
| Arrearages: | ($1,504.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**