UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire

McDowell Law, PC

46 West Main Street

Maple Shade, NJ 08052

(856) 482-5544

Attorneys for Debtor

**Order Filed on April 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Charles G. Barnes,

  Debtor.

Case No.: _____23-19145_____

Chapter: _____13_____

Judge: _____ABA_____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

__

**DATED: April 30, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____ the debtor _____ for a reduction of time for a hearing on _____ Motion to Approve Post Petition Vehicle Financing _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ May 12, 2026 _____ at __ 10 am __ in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101

Courtroom No. __4B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Secured Creditors and their Attorneys and _____

Chapter 13 Trustee (E-MAIL BY CONSENT ONLY) _____

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
All Other Effected Parties _____

_____

by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ☒ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-19145-ABA

Charles G. Barnes, Sr.                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 2

Date Rcvd: Apr 30, 2026                      Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

**Recip ID                   Recipient Name and Address**
db                        + Charles G. Barnes, Sr., 36 Essex Ave., Sicklervlle, NJ 08081-1215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

**Name                        Email Address**

Andrew B Finberg
                              courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                              on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Jessica Ann Berry
                              on behalf of Creditor Nationstar Mortgage LLC bankruptcy@gmlaw.com

Matthew K. Fissel
                              on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Thomas G. Egner
                              on behalf of Debtor Charles G. Barnes  Sr. tegner@mcdowelllegal.com,
                              tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

District/off: 0312-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 30, 2026                                Form ID: pdf903                               Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6