UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Tel: (856) 482-5544  Fax: (856) 482-5511
Email: tegner@mcdowelllegal.com

In re:

**Charles G. Barnes, Sr.**

| | |
|---|---|
| Case No.: | **23-19145** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | 5/12/2026 |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, __Jacqui Miller__ :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for _Thomas Egner__, who represents

   __teh debtor__ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __4/30/2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   Order Granting Shortened Time
   Motion to Approve Post Petition Vehicle Financing
   Certification in Support of Motion
   Proposed Order
   Application for Shortened Time
   Proposed Order Shortening Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __4/30/2026__

__/s/ Jacqui Miller__

Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Chapter 13 Trustee<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail - with Consent<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midfirst Bank**<br>**999 Northwest Grand Blvd**<br>**Oklahoma CIty,OK 73118** | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight mail**<br>(as authorized by the court *) |
| **Matthew Fissel**<br>**KML Law Group**<br>**701 Market Street**<br>**Suite 5000**<br>**Philadelphia PA 19106** | Atty for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight mail**<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>PO Box 619094<br>Dallas TX 75261-9741 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight mail**<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*