**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

Order Filed on May 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
-----------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Charles G. Barnes, Sr.** | : | **Case No. 23-19145** |
| | : | |
| | : | **Hearing Date:** May 12, 2026 at 10:00 A.M. |
| | : | |
| | : | **Judge:** Honorable Andrew B Altenburg, Jr. |
| **Debtor(s).** | : | |

-----------------------------------------------------------------X

**ORDER APPROVING POST PETITION VEHICLE FINANCING**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: May 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Charles G. Barnes, Sr.
Case No.:  23-19145
Caption:  Order Approving Post Petition Vehicle Financing
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

ORDERED that the debtor(s) be and hereby are allowed to proceed with the proposed financing pursuant to the terms outlined in the debtor's certification in support of the Motion; and it is further

ORDERED that the Chapter 13 trustee shall be provided with a copy of the fully executed Vehicle Financing Agreement within seven (7) days of the closing of the agreement.