**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

Order Filed on May 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Charles G. Barnes, Sr. | : | Case No. 23-19145 |
| | : | |
| | : | Hearing Date: May 12, 2026 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Andrew B Altenburg, Jr. |
| | : | |
| Debtor(s). | : | |

---------------------------------------------------------------X

**ORDER APPROVING POST PETITION VEHICLE FINANCING**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: May 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Charles G. Barnes, Sr.
Case No.:  23-19145
Caption:  Order Approving Post Petition Vehicle Financing
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the

debtors herein, and the Court having considered the papers submitted herein, and for good cause having

been shown for the making and entry hereof it is hereby;

ORDERED that the debtor(s) be and hereby are allowed to proceed with the proposed financing

pursuant to the terms outlined in the debtor's certification in support of the Motion; and it is further

ORDERED that the Chapter 13 trustee shall be provided with a copy of the fully executed
Vehicle Financing Agreement within seven (7) days of the closing of the agreement.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-19145-ABA

Charles G. Barnes, Sr.                                                    Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID              Recipient Name and Address**
db                         + Charles G. Barnes, Sr., 36 Essex Ave., Sicklervlle, NJ 08081-1215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Jessica Ann Berry | on behalf of Creditor Nationstar Mortgage LLC bankruptcy@gmlaw.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Charles G. Barnes  Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd |

owelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7